25-cr-00739
Judge John J. Tharp, Jr
Magistrate Judge Daniel P. McLaughlin
Random CAT 5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
11/13/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
MAN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE ABRAHAM GARCIA-ZEPEDA | Violation: Title 8, United States Code, Section 1326(a) |

The SPECIAL JUNE 2024 GRAND JURY charges:

On or about December 7, 2023, at Aurora, in the Northern District of Illinois, Eastern Division,

JOSE ABRAHAM GARCIA-ZEPEDA,

defendant herein, an alien who previously had been deported and removed from the United States on or about July 13, 2010, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Christine O'Neill on behalf of the
UNITED STATES ATTORNEY